UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN KNOWLTON, *et al.*, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Consolidated Case No. 4:13-cv-210 SNLJ |
| ANHEUSER-BUSCH COMPANIES, LLC, *et al.*, ) ) ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to revise class definition (#73). The revised class definition reads as follows:

> All persons who were: (a) participants in the Anheuser-Busch Companies Pension Plan in 2008; (b) employed by Anheuser-Busch Companies, LLC or any of its operating divisions and subsidiaries (the "Controlled Group") on both November 17 and November 18, 2008; and (c) employed as a salaried employee by Busch Entertainment Corporation when the sale of Busch Entertainment Corporation to the Blackstone Group closed on or about December 1, 2009.

No response or objection has been filed to this proposed definition, and it appears that the revised definition addresses the concerns raised by the defendants as addressed in this Court's May 16, 2014 Class Certification Order (#69).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to revise class definition (#73) is **GRANTED**.

Dated this __28th__ day of July, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE