# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIAN KNOWLTON, *et al.*, *individually, and on behalf of the certified class*, | ) ) ) ) |
| Plaintiffs, | ) ) ) Consolidated Case No.: 4:13 cv 00210-SNLJ |
| vs. | ) ) |
| ANHEUSER-BUSCH COMPANIES PENSION PLAN, *et al.*, | ) ) ) |
| Defendants. | ) |

## MOTION FOR FINAL JUDGMENT

The Defendants Anheuser-Busch Companies, LLC, Anheuser-Busch Companies Pension Plan, Anheuser-Busch Companies Pension Plan Appeal Committee, and Anheuser-Busch Companies Pension Plan Administrative Committee (collectively, "Defendants") hereby move for entry of the Final Judgment attached hereto as Exhibit A. In support of this request, the Defendants state as follows:

1. On June 27, 2019, this Court granted the Defendants' Motion for Approval of Form of Judgment and for Establishing Timeframe to Finalize Judgment, and directed the Defendants to (a) file under seal the Schedules necessary to complete the judgment, using a Remedial Payment Date (as defined in the Memorandum in Support of the Motion as the date certain used to determine the remedial benefits payment) of 180 days from the entry of the Order and (b) provide the Court with Exhibit A styled as the Final Judgment for entry by the Court (ECF No. 189).

2. On August 12, 2019, the Defendants filed under seal the Schedules necessary to complete the judgment using the Remedial Payment Date of December 24, 2020 (ECF No. 190).

3. On September 16, 2019, the Parties had a status conference with the Court regarding the Final Judgment (ECF No. 193).

4. In accordance with the Court's order and guidance from the status conference (ECF Nos. 189, 193), the Parties have revised the Final Judgment, attached hereto as Exhibit A.

5. The revised Final Judgment continues to incorporate by reference the Schedules previously submitted to this Court under seal (ECF No. 190).

6. The Defendants have confirmed that Plaintiffs' counsel do not dispute the individual benefit payment calculations set forth in the previously filed Schedules (ECF No. 190), and the Defendants have incorporated the comments received from Plaintiffs' counsel into the revised Final Judgment.

7. The Defendants understand that Plaintiffs' counsel will file a separate pleading concerning this judgment seeking to preserve any right of appeal.

8. Thus, as of the filing of this Motion, there is not an impediment to entry of the revised Final Judgment consistent with the Court's prior order (ECF. No. 189).

WHEREFORE, the Defendants respectfully move this Court for entry of the revised Final Judgment attached hereto as Exhibit A.

Dated: September 26, 2019          Respectfully submitted:

By: /s/ Albert L. Hogan

Albert L. Hogan, III (6243125 IL)
Jessica A. Frogge (6299798 IL)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM, LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 407-0700
Email: al.hogan@skadden.com
Email: jessica.frogge@skadden.com

James F. Bennett
DOWD BENNETT, LLP
7733 Forsyth Blvd., Suite 1900
Clayton, MO 63105
Tel: (314) 889-7302
Email: jbennett@dowdbennett.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The filing attorney certifies that on September 26, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's ECF system upon all attorneys of record.

 /s/ Albert L. Hogan