# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIAN KNOWLTON, *et al.*, Individually, and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>) | |
| Plaintiffs, ) | CASE NO. 4:13-CV-210 SNLJ |
| v. ) | |
| ANHEUSER-BUSCH COMPANIES, LLC, *et al.*, )<br>) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS TO THE NAMED PLAINTIFFS

Joe D. Jacobson
JACOBSON PRESS P.C.
168 North Meramec Ave., Suite 150
Clayton, MO 63105
Tel:   (314) 899-9790
Fax:   (314) 899-0282
Email: Jacobson@ArchCityLawyers.com

Joseph R. Dulle
STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION
7733 Forsyth Blvd., Suite 500
Clayton, MO 63105
Tel:   (314) 721-7011
Fax:   (314) 721-8660
Email: jdulle@stoneleyton.com

Scott J. Stitt
TUCKER ELLIS LLP
175 South Third St., Suite 520
Columbus, OH 43215
Tel:   (614) 358-9304
Fax:   (614) 358-9712
Email:   scott.stitt@tuckerellis.com

Karl A. Bekeny
TUCKER ELLIS LLP
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Tel:   (216) 592-5000
Fax:   (216) 592-5009
Email:   karl.bekeny@tuckerellis.com

*Attorneys for Plaintiffs and the Certified Class*

4425928.1

Plaintiffs Brian Knowlton, Douglas Minerd, Gary Lensenmayer, Charles R. Wetesnik, Nancy J. Anderson, Richard F. Angevine, Joe Mullins, Andy Fichthorn, and Donald W. Mills, Jr., individually and on behalf of all Certified Class Members, and, pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2), Loc. R. 54-8.02, and 29 U.S.C. § 1132(g)(1), respectfully request that this Court issue an Order:

(1) awarding Class Counsel attorneys' fees in the amount of $16,168,126.00;

(2) directing reimbursement to Class Counsel in the amount of $68,835.37, which represents costs and expenses reasonably incurred in the prosecution of this Action;

(3) awarding incentive awards totaling $225,000 to the named Plaintiffs (Brian Knowlton, Douglas Minerd, Gary Lensenmayer, Charles R. Wetesnik, Nancy J. Anderson, Richard F. Angevine, Joe Mullins, Andy Fichthorn, and Donald W. Mills, Jr.); and

(4) directing any such other and further relief as the Court may deem just and proper.

The grounds for this Motion are fully set forth in the following documents, filed herewith:

(A) Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs;

(B) Declaration of Scott Stitt in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs and accompanying exhibits;

(C) Declaration of Joe D. Jacobson in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs and accompanying exhibits;

(D) Declaration of Joseph R. Dulle in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs and accompanying exhibits;

4425928.1

(E) Declaration of Michael L. Libman in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs and accompanying exhibits; and

(F) Declaration of Jay E. Shushelsky in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs.

4425928.1

Respectfully submitted,

TUCKER ELLIS LLP

/s/ *Scott J. Stitt*
Scott J. Stitt
TUCKER ELLIS LLP
175 South Third St., Suite 520
Columbus, OH 43215
Tel:     (614) 358-9304
Fax:    (614) 358-9712
Email:   scott.stitt@tuckerellis.com

Karl A. Bekeny
TUCKER ELLIS LLP
950 Main Ave., Ste. 1100
Cleveland, OH 44113-7213
Tel:    (216) 592-5000
Fax:    (216) 592-5009
Email:   karl.bekeny@tuckerellis.com

JACOBSON PRESS P.C.

/s/ *Joe D. Jacobson*
Joe D. Jacobson
JACOBSON PRESS P.C.
168 North Meramec Ave., Suite 150
Clayton, MO 63105
Tel:    (314) 899-9790
Fax:    (314) 899-0282
Email: Jacobson@ArchCityLawyers.com

STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION

/s/ *Joseph R. Dulle*
Joseph R. Dulle
STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION
7733 Forsyth Blvd., Suite 500
Clayton, MO 63105
Tel:    (314) 721-7011
Fax:    (314) 721-8660
Email: jdulle@stoneleyton.com

*Counsel for Plaintiffs and the Certified Class*

4425928.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, a copy of the foregoing Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Service Awards to the Named Plaintiffs was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

I further certify, pursuant to Fed. R. Civ. P. 23(h)(1), that a Notice of this Motion will be directed to class members, subject to the approval of the Court as set forth in Plaintiffs' Motion Requesting Notice to the Class Under Rule 23(h), as follows:

1. That Defendants mail at Defendants' expense by U.S. Mail, first-class postage prepaid, to each and every member of the Class a Notice; and.

2. That Plaintiffs email at Plaintiffs' expense to each and every member of the Class for whom Plaintiffs have an email address a copy of the Notice.

/s/ *Scott J. Stitt*
Scott J. Stitt

4425928.1