IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
Eastern Division

| | |
|---|---|
| BRIAN KNOWLTON, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:13 cv 210 SNLJ ) |
| ANHEUSER-BUSCH COMPANIES, LLC, *et al.*, | ) Appeal Nos. 20-2357, 20-2457 ) ) |
| Defendants. | ) |

**SETTLEMENT OF ATTORNEY FEES**

This Settlement of Attorney Fees (the "Agreement") is made and entered into as of the 3 day of August 2020 (the "Effective Date"), by and between: Anheuser-Busch Companies, LLC and all other defendants in the Litigation defined below ("Defendants") on the one hand, and all counsel to the certified class in the Litigation ("Class Counsel") on the other hand.

**WHEREAS**, two ERISA benefits class actions were filed by Class Counsel, *Anderson v. Anheuser-Busch Cos.*, No. 4:12-cv-45, E.D. Missouri and *Knowlton v. Anheuser-Busch Cos. Pension Plan, et al.,* No. 3:12-cv-2459, S.D. California, and subsequently consolidated in the above captioned action (the "Litigation"). (*See* ECF Nos. 22, 23, 31, 200 at 6; 200-1 at 5-7.)

**WHEREAS**, Class Counsel represent the named plaintiffs (the "Class Representatives") and all members of the class in the Litigation (collectively, the "Class Members") for all purposes related to the Litigation.

**WHEREAS**, the Court entered judgment in favor of the Class Members on September 27, 2019 (the "Final Judgment").  (ECF No. 196.)

**WHEREAS**, as directed by the Court and required by the applicable rules (ECF No. 159; Fed. R. Civ. P. 54(d)(2); Local Rule 54-8.02), the Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, and Incentive Awards to the Named Plaintiffs was filed on behalf of all Class Members on October 18, 2019 (ECF No. 199).

**WHEREAS**, in orders dated June 8, 2020 and June 24, 2020, the Court directed Defendants to pay Class Counsel $2,604,624.66 in attorney fees and $68,835.37 in costs. (ECF Nos. 214, 216.)

**WHEREAS**, in the same orders, the Court also directed Class Counsel to pay $225,000.00 in incentive awards to the Class Representatives.  (ECF Nos. 214, 216.)

**WHEREAS**, Class Counsel and counsel for the Defendants have filed an appeal and cross appeal, respectively, of the attorney fee award. *See Knowlton v. Anheuser-Busch Cos., LLC*, Appeal Nos. 20-2357 and 20-2457.

**WHEREAS**, Class Counsel and Defendants have agreed to a resolution of all claims for attorney fees, costs, or incentive awards related to the Litigation that Class Counsel have or could ever have against Defendants.

**NOW, THEREFORE**, the Parties agree as follows:

Class Counsel and Defendants agree to settle all claims for attorney fees, costs, or incentive awards related to the Litigation that Class Counsel have or could ever have against Defendants on the following terms:

(1)   Within thirty days of the Effective Date of this Agreement, Defendants agree to pay Class Counsel the total sum of $2,898,460.03 (the "Settlement

   Payment") which represents payment in full by the Defendants of $2,604,624.66 in attorney fees and $68,835.37 in costs, as well as $225,000.00 in incentive awards for Class Representatives. The Settlement Payment shall be made in a single payment in the amount of $2,898,460.03 to be delivered to Joseph R. Dulle. Class Counsel agrees to pay the $225,000.00 in incentive fees to the Class Representatives in accordance with the court order (ECF No. 216), and the remainder of the Settlement Payment will be distributed among Class Counsel as they may agree among themselves. Defendants shall have no role or responsibility with respect to any claimed attorney fees or costs or for the allocation or distribution of any part of this Settlement Payment after delivery of the Settlement Payment to Joseph R. Dulle pursuant to this paragraph 1.

(2) Within two business days of the Effective Date of this Agreement, (a) Class Counsel will file a dismissal of their appeal in the Eighth Circuit, Appeal No. 20-2357, and will file a Full Satisfaction of Judgment in the District Court, and (b) Defendants will file a dismissal of their cross appeal in the Eighth Circuit, Appeal No. 20-2457.

(3) Upon delivery of the Settlement Payment pursuant to paragraph 1 of this Agreement, Class Counsel release Defendants from any and all claims, whether known or unknown, in any way arising out of or related to this Litigation or the appeal, including but not limited to claims relating to the payment of attorney fees, costs, and incentive fees.

(4) Upon the completion of all requirements set forth in paragraph 1 and 2 of this Agreement, Defendants release Class Counsel from any and all claims, whether known or unknown, in any way arising out of or related to this Litigation or the appeal.

This Agreement will be filed in the Court by the parties promptly after being fully agreed by Class Counsel and the Defendants.

Dated: August 3, 2020

By:

JACOBSON PRESS P.C

/s/ Joe D. Jacobson
Joe D. Jacobson, #33715MO
222 South Central Ave., Suite 550
Clayton, MO 63105
Direct: (314) 899-9790
Fax: (314) 899-0282
Email: Jacobson@ArchCityLawyers.com

STONE, LEYTON & GERSHMAN
A Professional Corporation

/s/ Joseph R. Dulle
Joseph R. Dulle, #38416MO
7733 Forsyth Blvd., Suite 500
Clayton, MO 63105
Tel: (314) 721-7011
Fax: (314) 721-8660
Email:jdulle@stoneleyton.com

TUCKER ELLIS, LLP

/s/ Scott J. Stitt
Scott J. Stitt, Pro Hac Vice
175 South Third Street, Suite 520
Columbus, OH 43215
Tel: (614) 358-9304
Email: Scott.Stitt@tuckerellis.com

*Attorneys for plaintiffs Brian Knowlton, et al., and the certified class*

DOWD BENNETT, LLP

/s/ James F. Bennett
James F. Bennett #46826MO
7733 Forsyth, Suite 1900
Clayton, MO 63105
Tel: (314) 889-7302
Email: JBennett@DowdBennett.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

/s/ Albert L. Hogan
Albert L. Hogan, III (Ill. Bar No. 6243125)
155 North Wacker Drive, 27th Floor
Chicago, IL 60606-1720
Tel: (312) 407-0700
Email: Al.Hogan@skadden.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The filing attorney certify that on August 3, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Albert L. Hogan