# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2357
_____

Brian Knowlton, individually, and On Behalf of All Others Similarly Situated; Douglas Minerd, individually, and On Behalf of All Others Similarly Situated; Gary Lensenmayer, individually, and On Behalf of All Others Similarly Situated; Charles R. Wetesnik, individually, and On Behalf of All Others Similarly Situated; Nancy J. Anderson; Richard F. Angevine; Joe Mullins; Andy Fichthorn; Donald W. Mills, Jr.

Plaintiffs - Appellants

v.

Anheuser-Busch Companies Pension Plan; Anheuser-Busch Companies, LLC; Anheuser-Busch Companies Pension Plan Appeals Committee; Anheuser-Busch Companies Pension Plan Administrative Commitee

Defendants - Appellees

_____

No: 20-2457
_____

Brian Knowlton, individually, and On Behalf of All Others Similarly Situated; Douglas Minerd, individually, and On Behalf of All Others Similarly Situated; Gary Lensenmayer, individually, and On Behalf of All Others Similarly Situated; Charles R. Wetesnik, individually, and On Behalf of All Others Similarly Situated; Nancy J. Anderson; Richard F. Angevine; Joe Mullins; Andy Fichthorn; Donald W. Mills, Jr.

Plaintiffs - Appellees

v.

Anheuser-Busch Companies Pension Plan; Anheuser-Busch Companies, LLC; Anheuser-Busch Companies Pension Plan Appeals Committee; Anheuser-Busch Companies Pension Plan Administrative Commitee

Defendants - Appellants

------

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-00210-SNLJ)

------

**JUDGMENT**

The parties have stipulated to the dismissal of the appeals. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 04, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans